IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00146-RPM-CBS

BRUCE A. MADISON, M.D., an individual,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, n/k/a UNUMPROVIDENT CORPORATION,

    Defendant.

## ORDER TO AMEND CAPTION

The Court hereby Orders that the caption shall be amended to refer to the Defendant solely as "Provident Life and Accident Company" and to delete the reference to "n/k/a UnumProvident Corporation."

So Ordered this 5th day of March, 2007.

                                            s/Richard P. Matsch

                              By:_____
                                        District Court Judge