IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00146-RPM-CBS

BRUCE A. MADISON, M.D., an individual,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT COMPANY,

    Defendant.

___

ORDER SETTING SCHEDULING CONFERENCE
___

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **March 30th, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **March 23rd, 2007.**

    Dated: March 5th, 2007

                                   BY THE COURT:

                                   s/ Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge