IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00146-RPM

BRUCE A. MADISON, M.D., an individual,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT COMPANY,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation to Dismiss with Prejudice (Doc. #12) filed on May 23, 2007, it is

ORDERED that the above-entitled action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated: May 23rd, 2007

        BY THE COURT:
        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge